SCOTTISH UNION & NATIONAL INSURANCE COMPANY *v.* JORDAN.

EVANS, P. J. This case is controlled by the decision in *Niagara Fire Insurance Company* v. *Jordan,* this day delivered.

*Judgment affirmed. All the Justices concur.*